UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WADE ALAN KNIGHT,<br><br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>ANDREW CUNNINGHAM,<br><br>　　　　　　　　　　Defendant. | Case No. 3:23-CV-00421-ART-CLB<br><br>**ORDER TO PAY FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

I.   **DISCUSSION**

On August 28, 2023, Plaintiff Wade Alan Knight ("Knight") submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Knight has neither paid the full $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee. To apply for *in forma pauperis* status, the inmate must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Knight a **one-time** opportunity to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents, or in the alternative, pay the full $402 filing fee for this action on or before **Monday, November 6, 2023**. Absent unusual circumstances, the Court will not grant any further

extensions of time.[1]

If Knight is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before **Monday, November 6, 2023**, this case will be subject to dismissal <u>without prejudice</u> for Knight to file a new case with the Court when Knight is either able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

A dismissal <u>without prejudice</u> means Knight does not give up the right to refile the case with the Court, under a new case number, when Knight has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Knight may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **Monday, November 6, 2023** to proceed with this case.

The Court will retain Knight's civil rights complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Knight timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

## II.   CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that the Clerk of the Court will **SEND** Knight the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **Monday, November 6, 2023**, Knight will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

---

[1] The Court entered an order almost identical to the instant order on August 30, 2023. (ECF No. 3.) However, the order was returned as "undeliverable" as it was delivered to Knight's previous address. (ECF No. 6.) Therefore, the Court is entering the instant order to ensure delivery to Knight.

signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

**IT IS FURTHER ORDERED** that, if Knight does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **Monday, November 6, 2023**, this case will be subject to dismissal without prejudice for Knight to refile the case with the Court, under a new case number, when Knight has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

**IT IS FURTHER ORDERED** that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

**IT IS SO ORDERED.**

DATED:   October 5, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**